IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY CAMP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 16-1087 |
| v. | : | |
| NEW JERSEY MANUFACTURERS INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of June, 2016, upon consideration of Defendant New Jersey Manufacturers Insurance Company's Motion to Dismiss Count II of the Amended Complaint (Doc. No. 14) and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Count II of the Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE